*582 DICKSON, C.J.,
concurring.
I write separately because I believe that the proper understanding of “care” is determined by well-established Indiana law that a hotel guest is considered a business invitee and is entitled a duty of reasonable care. Ellis v. Luxbury Hotels, Inc., 716 N.E.2d 359, 360 (Ind.1999). Here, the exclusion is phrased in the disjunctive, and excludes coverage when the victim is in the “care, custody, or control” of any insured. I agree with Justice Rucker’s dissent with respect to the question of fact as to “custody” and “control.” But in this case, “care” exists as a matter of law. As such, the exclusion applies, and the summary judgment for the insurer was correct.